IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL S. ZIEGLER,

        Plaintiff,                                    ORDER

v.                                                         13-cv-410-wmc

DEBORAH McCULLOCH, *et al.*,

        Defendants.

---

Plaintiff Michael S. Ziegler is presently in state custody pursuant to Wis. Stat. ch. 980 at the Sand Ridge Secure Treatment Center in Mauston, Wisconsin. He has filed a proposed civil action pursuant to 42 U.S.C. § 1983, concerning the conditions of his confinement, and he has been found eligible for leave to proceed under the federal *in forma pauperis* statute, 28 U.S.C. § 1915. Having made an initial, partial payment of the filing fee as instructed by the court, plaintiff has now filed a one-page motion to supplement his complaint for the purpose of clarifying his legal theories.

IT IS ORDERED that plaintiff's motion to supplement the complaint (Dkt. # 10) is GRANTED. The court will consider the proposed supplement when it screens with the original complaint as required by 28 U.S.C. § 1915(e). No further supplements or amendments will be considered until after this screening process is completed.

Entered this 31st day of October, 2013.

BY THE COURT:

/s/ William M. Conley

WILLIAM M. CONLEY
District Judge